# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAFAEL BLANCO,

                                        Plaintiff,

                          v.

THE CHEESECAKE FACTORY RESTAURANTS INC.,

                                  Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUMMONS**

Index No.:

Date Filed:

Plaintiff designates BRONX COUNTY as the place of trial.

The basis of venue is:
Plaintiff's residence
2504 Bronx Park E.
Bronx, NY 10467

**TO THE ABOVE NAMED DEFENDANT:**

        **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED:    New York, New York
                September 10, 2019

                                                  Yours, etc.,

                                           **CELLINO & BARNES, P.C.**

                                   By: _____
                                        Erica B. Tannenbaum, Esq.
                                        Attorneys for Plaintiff
                                        420 Lexington Avenue, Suite 2140
                                        New York, NY 10170
                                        (212) 804-7400 x558

THE CHEESECAKE FACTORY RESTAURANTS, INC.
C/O Corporation Service Company
80 State Street
Albany, New York 12207

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAFAEL BLANCO,

                                      Plaintiff,      **COMPLAINT**

                    v.

THE CHEESECAKE FACTORY RESTAURANTS INC.,

                                  Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        Plaintiff, RAFAEL BLANCO, above-named, by plaintiff's attorneys, CELLINO & BARNES, P.C., for his complaint against defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., above-named, alleges upon information and belief:

        1.      At all times herein relevant plaintiff, RAFAEL BLANCO, has been a resident of the County of Bronx and State of New York.

        2.      That at all times herein relevant, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., was a foreign business corporation conducting business in the State of New York.

        3.      That at all times herein relevant, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., transacted business within the State of New York and/or contracted anywhere to supply goods or services in the State of New York.

        4.      That at all times herein relevant, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., committed a tortious act within the State of New York.

5. That at all times herein relevant, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., owns, uses or possesses any real property situated with the State of New York.

6. That by virtue of the allegations above, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., is subject to the laws of the State of New York pursuant to CPLR 302.

7. At all times herein relevant, defendant THE CHEESECAKE FACTORY RESTAURANTS INC., has been the owner of a certain premises located at 1612 Palisades Center Drive, West Nyack, New York.

8. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees managed the aforesaid premises.

9. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees maintained the aforesaid premises.

10. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees controlled the aforesaid premises.

11. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees operated the aforesaid premises.

12. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees supervised the aforesaid premises.

13. That at all times hereinafter mentioned, defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., by its agents, servants and/or employees inspected the aforesaid premises.

14. At all times herein relevant, it was the duty of defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., to maintain the aforementioned premises in a reasonably safe and suitable condition for tenants, business invitees, patrons and guests.

15. On or about March 19, 2017, plaintiff RAFAEL BLANCO, was lawfully on the aforementioned premises.

16. On or about March 19, 2017, plaintiff RAFAEL BLANCO, was caused to slip and fall on defendant's premises thereby sustaining injuries and damages as hereinafter alleged.

17. Plaintiff RAFAEL BLANCO's injuries and damages referred to herein were caused solely by defendant's negligence, carelessness and/or recklessness by permitting a dangerous condition within said premises the defendant knew, or should have known, existed and continued to exist within said premises and/or by failing to warn plaintiff RAFAEL BLANCO of said dangerous condition.

18. Defendant THE CHEESECAKE FACTORY RESTAURANTS INC., negligently hired, maintained, trained and supervised their employees.

19. Defendant THE CHEESECAKE FACTORY RESTAURANTS INC.'s employees were negligent, careless and/or reckless in the cleaning, inspection, maintaining of the premises.

20. The aforementioned incident occurred solely as a result of defendant's negligence, carelessness and/or recklessness without any negligence attributable in any measure to plaintiff RAFAEL BLANCO.

21. As a result of the negligence of the defendant as alleged above, plaintiff RAFAEL BLANCO was injured and has suffered damages in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts.

22. The limitations on liability set forth in CPLR Article 16 do not apply herein; one or more of the exemptions set forth in CPLR Section 1602 applies.

**WHEREFORE**, plaintiff RAFAEL BLANCO, demands judgment against defendant, THE CHEESECAKE FACTORY RESTAURANTS INC., jointly and severally, in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts and plaintiff RAFAEL BLANCO, demands such other, further and different relief as the Court may deem just and proper, together with the costs and disbursements of this action.

DATED:    New York, New York
          September 10, 2019

                                    Yours, etc.,

                                    **CELLINO & BARNES, P.C.**

                              By: _____
                                    Erica B. Tannenbaum, Esq.
                                    Attorneys for Plaintiff
                                    420 Lexington Avenue, Suite 2140
                                    New York, NY 10170
                                    (212) 804-7400 x558